| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 02-CR-747-11 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Mohamed Aljahmi<br>5708 Cabot Street<br>Detroit, Michigan 48210 | Eastern | New York |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable John Gleeson | |
| | DATES OF PROBATION: | FROM 06/13/2003 — TO 06/12/2006 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEPT 8 2005 ★
BROOKLYN OFFICE

**OFFENSE**

Conspiracy to Operate an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. 371 and 1960(a).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF MICHIGAN upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2-20-04           s/John Gleeson
Date              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

3-04              s/Patrick J. Duggan
Effective Date    United States District Judge

COPY